IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUDITH MATOS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:04CV00724 |
| ) | |
| LORILLARD TOBACCO COMPANY ) | |
| GROUP DISABILITY INSURANCE PLAN, ) | |
| and CONTINENTAL CASUALTY ) | |
| COMPANY ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

TILLEY, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, the Plaintiff's Motion for Summary Judgement [Doc. #18] is DENIED, and Defendants' Motion for Summary Judgment [Doc. # 22] is GRANTED.

This the day of September 15, 2005

                                                         /s/ N. Carlton Tilley, Jr.
                                                       United States District Judge